**Ohio | Department of Job and Family Services**

John R. Kasich, Governor
Michael B. Colbert, Director

BANKRUPTCY CLERK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

RE:    10-50312

Dear Clerk:

On October 1, 2010, this Bureau forwarded you a Administrative Proof of Claim #26, for $18,354.57 to have been filed in the above referenced case.

We wish to advise that claim #26 was filed on Case #10-50312, in error, and it is therefore requested that claim #26 of the Ohio Department of Job and Family Services (formerly the Bureau of Employment Services) be withdrawn from the proceedings.

Sincerely,

Diana Mingus, Manager
Litigation Unit

By:  Doris Jones
     (614) 644-2369

DM:dj

30 East Broad Street
Columbus, Ohio 43215
jfs.ohio.gov

An Equal Opportunity Employer and Service Provider