**OHIO DEPT. OF JOB & FAMILY SERVICES**
**OFFICE OF UNEMPLOYMENT COMPENSATION**
**P.O. BOX 182404**
**COLUMBUS OH 43218-2404**

          **Bankruptcy Clerk**
          **United States Bankruptcy Court**
          **170 N High St**
          **Columbus OH 43215-2417**

http://unemployment.ohio.gov
(614) 466-2319

Mail Date: 03/19/2014
Correspondence Number: CDT00000000003242888
Employer Account Number: 1335024-XX-X
Case Number: 10-50312

RE:  TITAN HOLDING COMPANY  (INC.)
     TITAN POWER SOLUTIONS

Dear Clerk:

On 12/08/2011, this Bureau forwarded you in the amount of $16,474.53 to be filed in the above referenced case.

It is requested that the claim of the Ohio Department of Job and Family Services be withdrawn from the proceedings.

          Sincerely,
          LARRY WILSON
          Budget & Trust Fund Section
          Bureau of Program Services

(Rev. 12/2012)